**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-14066-CR-MIDDLEBROOKS/MAYNARD**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELICITOS TOMAS ORTIZ-MEJIA,

    Defendant.

_____/



REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before this Court upon an Order of Reference. Having conducted the Change of Plea Hearing on November 7, 2018, this Court recommends to the District Court as follows:

1. This Court convened the hearing to permit the Defendant to change his plea in this criminal case. At the hearing's outset, through the Court's Spanish language interpreter, this Court advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. This Court advised the Defendant that it was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. This Court advised the Defendant that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings

concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing.

2.    This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting this Change of Plea Hearing.

3.    This Court conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4.    There is no written plea agreement in this case. Therefore this Court read the Indictment to the Defendant. The Defendant pleaded guilty to the sole count of the Indictment. The Indictment charges the Defendant with being an alien who was previously deported or removed from the United States on or about February 1, 2000, March 2, 2006, and May 5, 2010; who later returned to the United States knowingly and unlawfully; who was found back in the United States without the express consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security (18 U.S.C. §§

202(3), 202(4) and 557); without applying for re-admission into the United States; in violation of 8 U.S.C. § 1326(a) and (b)(1). After this Court read the Indictment to the Defendant, the Defendant stated that he understood the charge against him.

5.   The possible maximum penalties that the Defendant was facing were announced on the record. The Defendant acknowledged his understanding of the possible maximum penalty that could be imposed against him in this case. The Court advised the Defendant of the possibility of the Defendant's deportation after sentencing as an additional consequence of his guilty plea in this case. The Defendant acknowledged that his attorney has answered all of his questions concerning his possible deportation.

6.   The Government announced the facts it could prove if this case proceeded to trial, and the essential elements of the crime to which Defendant pleads guilty.  This information was translated to the Defendant through the Court's Spanish language interpreter.  Defendant acknowledged his complete understanding of the Government's statement and the accuracy of its statement of the facts as he understands them be.

7.   Based on the foregoing and the plea colloquy that this Court conducted, this Court finds that the Defendant enters his guilty plea freely and voluntarily. This Court accepts his

guilty plea. This Court recommends to the District Court that it adjudicate him guilty of the offense charged in the Indictment.

8.   The United States Probation office will conduct a pre-sentence investigation and will issue a report for sentencing purposes. **This Court notes that the Sentencing Hearing is set for Thursday, January 17, 2019 at 11:00 am before District Judge Donald M. Middlebrooks at the Paul G. Rogers Federal Building and United States Courthouse, 701 Clematis Street, 2nd Floor, West Palm Beach, Florida 33401.**

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant's guilty plea be accepted; that the Defendant be adjudicated guilty of the offense to which he pleads guilty; and that a Sentencing Hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald M. Middlebrooks, the United States District Judge assigned to this case. Pursuant to Rule 59(b)(2), Fed.R.Crim.P., the failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this ___8th___ day of November, 2018.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE